UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BETANIA TORIBIO, Administratix
of the Estate of JOHN JOAQUIN
TORIBIO, Deceased; and BETANIA
TORIBIO, Individually

        Plaintiffs,

      v.

PINE HAVEN, LLC, d/b/a PINE
HAVEN CAMPGROUND and PINE HAVEN
CAMPING RESORT; and DIVERSIFIED
INVESTMENTS, INC. a/k/a
DIVERSIFIED INVESTMENTS, LLC
a/k/a DIVERSIFIED INVESTMENT
SERVICES LLC,

        Defendants / Third
        Party Plaintiffs,

      v.

HEATHER MILLER a/k/a HEATHER
DIOSCON; TIMOTHY MILLER;
ANTHONY DIOSCON; and MICHELLE
WHEELER,

        Third Party
        Defendants.

HONORABLE JOSEPH E. IRENAS

CIVIL ACTION NO. 12-4975
(JEI/JS)

**ORDER GRANTING THIRD PARTY
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT (DOCKET #38)**

**APPEARANCES:**

LAW OFFICE OF TERKOWITZ & HERMESMANN
By:  Patrick J. Hermesmann, Esq.
309 Fellowship Road
Suite 200
Mount Laurel, New Jersey 08540
    Counsel for Defendants / Third Party Plaintiffs Pine Haven,
    LLC & Diversified Investments, Inc.

BARNABA & MARCONI, LLP
By:   Gary S. McDonald, Esq.
315 Lowell Avenue
Trenton, New Jersey 08619
      Counsel for Third Party Defendants Timothy Miller, Heather
      Miller a/k/a Heather Dioscon, and Anthony Dioscon


**IRENAS**, Senior District Judge:

This matter having appeared before the Court upon Third

Party Defendants Heather Miller a/k/a Heather Dioscon, Timothy

Miller, and Anthony Dioscon's Motion for Summary Judgment (Dkt.

No. 38); having reviewed the parties' submissions and having

held oral argument on July 30, 2014; for the reasons set forth

in an Opinion on even date herewith; and for good cause

appearing:


**IT IS** on this ⟨ day of August, 2014,


   **ORDERED THAT:**

   1. Third Party Defendants Heather Miller a/k/a Heather

      Dioscon, Timothy Miller, and Anthony Dioscon's Motion for

      Summary Judgment (Docket #38) is hereby **GRANTED**;


   2. Third Party Defendants Heather Miller a/k/a Heather

      Dioscon, Timothy Miller, and Anthony Dioscon's

      Crossclaims (Docket #24), which are stated in Third Party

Defendant Michelle Wheeler's Answer and Crossclaim

(Docket #23), are hereby **DISMISSED as moot**;


3. The Clerk of Court is hereby directed to **TERMINATE** Third

Party Defendant / Cross Claimants Heather Miller a/k/a

Heather Dioscon, Timothy Miller, and Anthony Dioscon from

this action;

_____

JOSEPH E. IRENAS, S.U.S.D.J.