AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| FOR THE | DISTRICT OF | NEW JERSEY |

BETANIA TORIBIO,

**JUDGMENT IN A CIVIL CASE**

Plaintiff
V.
PINE HAVEN LLC, et al.,

Case Number:    12-4975 (JEI)(JS)

Defendants.

**X  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment of no cause of action is entered in favor of Defendants Pine Haven LLC and Diversified Investments, Inc., and against Plaintiff Betania Toribio.

May 14, 2015
Date

HONORABLE JOSEPH E. IRENAS
SENIOR UNITED STATES DISTRICT JUDGE